902

No. 386. Federal Power Commission *v.* Texaco Inc. et al. C. A. 10th Cir. Certiorari granted. *Solicitor General Cox, Richard A. Solomon* and *Peter H. Schiff* for petitioner. *Alfred C. DeCrane, Jr.* and *Paul F. Schlicher* for Texaco Inc., and *William J. Grove, Thomas H. Wall, Carroll L. Gilliam, W. W. Heard* and *Wm. H. Emerson* for Pan American Petroleum Corp., respondents. ▪

No. 320, Misc. Escobedo *v.* Illinois. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Illinois granted. Case transferred to the appellate docket. *Barry L. Kroll* and *Donald M. Haskell* for petitioner. *Daniel P. Ward* and *Elmer C. Kissane* for respondent.

No. 324. Time, Incorporated, *v.* Pape. C. A. 7th Cir. Certiorari denied. *Howard Ellis* and *Don H. Reuben* for petitioner. *Roger Q. White* and *Leonard E. Nelson* for respondent.

No. 373. Brown et al. *v.* Rayfield, Chief of Police. C. A. 5th Cir. Certiorari denied. *Robert L. Carter, Hubert T. Delany, Jack Greenberg, Derrick A. Bell, William R. Ming, Jack H. Young, R. Jess Brown* and *Frank D. Reeves* for petitioners.

No. 374. Amerio Contact Plate Freezer, Inc., *v.* Belt-Ice Corp. et al. C. A. 9th Cir. Certiorari denied. *Arnold Bauman* for petitioner. *Alfred J. Schweppe* and *Robert W. Beach* for respondents.